UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ASHISH NANDA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>Defendants. | CASE NO. 2:25-cv-02665-GJL<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Pending before the Court is Defendants' Motion for an extension of time to file an answer to Plaintiff's Complaint. Dkt. 7. The Motion is stipulated. *Id*.

Upon review of the Motion, and based on the stipulation of the parties, the Court finds good cause for an extension of time. Accordingly, the Motion (Dkt. 7) is **GRANTED**. Defendants shall answer, or otherwise respond to, the Complaint (Dkt. 1) on or before March 24, 2026.

Dated this 3rd day of March, 2026.

Grady J. Leupold
United States Magistrate Judge