District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHISH NANDA,<br><br>Plaintiff,<br>v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-02665-TL<br><br>STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>March 31, 2026 |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiff's Complaint until May 4, 2026.

Plaintiff filed his Complaint on December 23, 2025. Pursuant to LCR 12(a)(1), Defendants' response to the complaint is due on April 3, 2026. The Parties previously agreed to extend the deadline for Defendants to file an answer. The parties are now requesting another short extension of the deadline until May 4, 2026, to allow the Plaintiff to receive physical copies of approval issued by Defendants. At that time, Plaintiff will dismiss this matter. This additional time will conserve the resources of the parties and the Court.

Therefore, the Parties submit there is good cause for a brief extension of Defendants' time to respond to the complaint and have stipulated to extend that deadline until May 4, 2026.

**SO STIPULATED.**

DATED this 31st day of March, 2026.

Respectfully submitted,

*s/ Matt Waldrop*
MATT WALDROP, GA No. 349571
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 150 words, in compliance with the Local Civil Rules.

*s/ Jessica T. Arena*
JESSICA T. ARENA*, CA No. 301807
LAW OFFICE OF JESSICA T. ARENA
2443 Fillmore Street, #380-1614
San Francisco, CA 94115
Phone: 541-525-3341
Email: jessica@jtarenalaw.com
**Pro Hac Vice*

*s/ Kelly Vomacka*
KELLY VOMACKA, WSBA No. 20090
GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, Washington 98102
Phone: 206-682-1080
Email: kelly.vomacka@ghp-law.net

*Attorneys for Plaintiff*

**~~[PROPOSED]~~ ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer by May 4, 2026.

DATED this 31st day of March, 2026.

TANA LIN
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970